UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB |
| | MDL No. 1699 |
| This Document Relates to: | **STIPULATION** |
| *James Garrigus v. Pfizer, Inc., et al.;* 3:07-cv-0445-CRB | |

It is hereby STIPULATED by and between all parties, through the respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that the claims of Plaintiff James Garrigus in this action are dismissed with prejudice. Plaintiff to pay court costs.

Respectfully submitted,

DAVIS, BETHUNE & JONES, L.L.C.

By_____
Grant L. Davis - #34799
Shawn G. Foster - #47663
Thomas C. Jones - #38499
Scott S. Bethune - #35685
Timothy L. Brake - #23802
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO 64196
Telephone : (816) 421-1600
Facsimile: (816) 472-5972
ATTORNEYS FOR PLAINTIFF

Date: 8/01/07

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699 |
| | Case No. M:05-CV-01699-CRB |
| Plaintiff, | |
| v. | |
| This document relates to *James Garrigus v. Pfizer, Inc., et al.;* 3:07-cv-0445-CRB | |
| Defendant. | |

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF JAMES GARRIGUS

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, James Garrigus, in the above-referenced matter is dismissed with prejudice.

Dated: October 26, 2007.

imanage9544951



Judge Charles R. Breyer
IT IS SO ORDERED